# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN KAMEDULA,
                    Appellant,
        vs.
DESIREE HULTENSCHMIDT;
KENNETH D. TABER; DONALD POAG;
KATHERINE HEGGE; DWAYNE DEAL;
WILLIAM SANDIE; ROBERT
LEGRAND, WARDEN; CHARLES
SCHARDIN; ROBERT B. BANNISTER;
ROMERO ARANAS; JAMES G. COX;
THE STATE OF NEVADA BOARD OF
PRISON COMMISSIONERS; SGT.
STARLIN GENTRY; CONNOR
RUTHERFORD; JONATHAN
SHEPPHIRD; C/O JASON ALLEN; THE
STATE OF NEVADA DEPARTMENT
OF CORRECTIONS; THE STATE OF
NEVADA; AND THE HONORABLE
BRIAN SANDOVAL, GOVERNOR,
                    Respondents.

No. 76003



FILED

JUN 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting in part and denying in part a motion to amend appellant's complaint. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Our review of the notice of appeal and documents transmitted with that notice reveals a jurisdictional defect. The challenged order is not appealable under NRAP 3A(b)(1) because appellant's claims remain pending in the district court. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment as one that disposes of all issues presented and leaves nothing for the court's future consideration except for post-judgment issues such as attorney fees and costs). As no other

18-22984

statute or court rule appears to authorize an appeal from the challenged order, *see Brown v. MHO Stagecoach*, LLC, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (explaining that this court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule), we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich


cc:    Hon. Jim C. Shirley, District Judge
       Brian Kamedula
       Attorney General/Carson City
       Pershing County Clerk